UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-00338 AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 28, 2014 plaintiff returned the summons and service documents for defendants Sagireddy, Naseer, and Foronda which the court ordered served by the United States Marshal on September 3, 2014.  <u>See</u> ECF Nos. 13, 16.  At the same time, plaintiff filed two separate declarations indicating that his health has deteriorated while waiting for the court's ruling on his motions for a preliminary injunction and a temporary restraining order as well as an amended complaint which he indicates were filed "three months ago."  ECF Nos. 14, 15 at 1-2.  However, a review of the docket indicates that no amended complaint or motions were ever received by the court in this case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall send plaintiff a copy of the docket sheet in the instant case as a one time courtesy to plaintiff.  Any future requests for a copy of the docket sheet will be charged the standard rate for photocopying

1

1 documents.  The Clerk's Office will provide copies of documents and of the docket sheet at $0.50
2 per page.
3 DATED: September 4, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE