UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

    Plaintiff,

  v.

PURUSHOTTAMA SAGIREDDY, et al.,

    Defendants.

No. 2:14-cv-0338 JAM AC P

ORDER

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 5, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed September 5, 2014, are adopted in full; and

2. Defendant Brown is dismissed from this action without prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: October 22, 2014

               /s/ John A. Mendez_____

               UNITED STATES DISTRICT COURT JUDGE