UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-0338 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion for preliminary injunction and temporary restraining order in which he seeks an order from the court directing defendant Sagireddy and his agents to provide plaintiff with no less than four and up to six, four-and-a-half-hour hemodialysis sessions per week.  ECF No. 51 at 2-3.  Plaintiff alleges that he was previously receiving four, four-and-a-half-hour hemodialysis sessions per week and has inappropriately had his sessions decreased to three times per week and that his sessions have been reduced by half an hour each.  Id. at 11-14, ¶¶ 1-21.  Plaintiff claims that this reduction has had, and continues to have, negative and deadly effects on his health.  Id. at 16-17, ¶¶ 30-37.  Defendant Sagireddy will be required to respond to plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that defendant Sagireddy shall file and serve a response to the motion for preliminary injunction within fourteen days of the filing of this order.

1

1 | Plaintiff shall have seven days from service of the response to file a reply.

2 | DATED: June 15, 2015

```
                            /s/ Allison Claire
                            ALLISON CLAIRE
                            UNITED STATES MAGISTRATE JUDGE
```