UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEXTER BROWN,

    Plaintiff,

  v.

PURUSHOTTAMA SAGIREDDY, et al.,

    Defendants.

No. 2:14-cv-0338 JAM AC P

ORDER

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 5, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 68. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed February 5, 2016 (ECF No. 68), are adopted in full;

1

2. Within thirty days of service of this order, defendants Sagireddy, Naseer, and Foronda are ordered to respond to Counts I, II, and III of the first amended complaint, as set forth in Section III of the February 5, 2016 findings and recommendations.

3. Service of Counts III and V of the first amended complaint is ordered on defendants Wright, Li, Burck, and Chipendo, as set forth in Section III of the February 5, 2016 findings and recommendations.

    a. The Clerk of the Court is ordered to provide to plaintiff a blank summons, a copy of the pleading filed February 11, 2015 (ECF No. 39), four USM-285 forms, and instructions for service of process on defendants Wright, Li, Burck, and Chipendo.

    b. Within thirty days of service of this order, plaintiff shall return the Notice of Submission of Documents with the completed summons, the completed USM-285 forms, and five copies of the endorsed first amended complaint filed February 11, 2015. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Defendants Wright, Li, Burck, and Chipendo will be required to respond to plaintiff's allegations as set forth above within the deadlines stated in Federal Rule of Civil Procedure 12(a)(1).

    c. Failure to comply with the order will result in a recommendation that the claims against defendants Wright, Li, Burck, and Chipendo be dismissed.

4. Counts IV and VI through XI and defendants Howell, Abirimahmud, Mofor, Acuvera, Racacho, Casino, Tucker, Beard, Duffy, Does #1-4, Malone, Barton, Eggman, Dickinson, Lau, and Erilim are dismissed without leave to amend as set forth in Section IV of the February 5, 2016 findings and recommendations.

5. Plaintiff's motion for preliminary injunction or temporary restraining order (ECF No. 51) is denied.

DATED: March 25, 2016

                               /s/ John A. Mendez_____
                               UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9

10          UNITED STATES DISTRICT COURT

11         FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 | DEXTER BROWN,                               No. 2:14-cv-0338 JAM AC P

14 |             Plaintiff,

15 |         v.                                  <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

16 | PURUSHOTTAMA SAGIREDDY, et al.,

17 |             Defendants.

18

19 Plaintiff submits the following documents in compliance with the court's order filed

20 _____.

21          <u>    1    </u>      completed summons form

22          <u>    4    </u>      completed forms USM-285

23          <u>    5    </u>      copies of the First Amended Complaint

24

25 DATED:

26
                                            _____
27                                          Plaintiff

28

3