UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>PURUSHOTTAMA SAGIREDDY, et al.,<br><br>        Defendants. | No. 2:14-cv-0338 JAM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By an order filed March 25, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants Wright, Li, Burck, and Chipendo. ECF No. 69 at 2. Plaintiff was warned that failure to comply with the order would result in a recommendation that defendants Wright, Li, Burck, and Chipendo be dismissed. Id. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY RECOMMENDED that defendants Wright, Li, Burck, and Chipendo be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
2  objections shall be served and filed within fourteen days after service of the objections.  The
3  parties are advised that failure to file objections within the specified time may waive the right to
4  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: May 11, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2