UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-0338 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, et al., | |
| Defendants. | |

On April 21, 2016, defendant Sagireddy filed a motion to dismiss for failure to state a claim. ECF No. 70.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or a statement of non-opposition.  Failure to comply with this order will result in a recommendation that the claims against defendant Sagireddy be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 23, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE