UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PURUSHOTTAMA SAGIREDDY, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0338 JAM AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2016, defendant Sagireddy filed a motion to dismiss. On May 23, 2016, after plaintiff failed to respond to the motion, plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion within twenty-one days. ECF No. 73. In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that the claims against defendant Sagireddy be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The twenty-one-day period has now expired, and plaintiff has not responded to the court's order.

　　　　For the foregoing reasons, IT IS HEREBY RECOMMENDED that the claims against defendant Sagireddy be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 30, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE