UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-0338 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. ECF No. 84. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 2, 2017 (ECF No. 84), are adopted in full;

1

     2. Defendant Sagireddy's motion to dismiss the claims in Count I and III (ECF No. 70) is DENIED.

     3. Defendant Sagireddy is directed to file an answer to Counts I and III of the amended complaint within 30 days.

DATED: March 29, 2017

                                                   /s/ John A. Mendez_____

                                                 UNITED STATES DISTRICT COURT JUDGE