UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>PURUSHOTTAMA SAGIREDDY, et al.,<br><br>    Defendants. | No. 2:14-cv-0338 JAM AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. He has filed a motion to amend the complaint, stating that he seeks to add additional claims and defendants based on recent events. ECF No. 91.

    Leave to amend is to be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). However, plaintiff fails to attach the required copy of his proposed amended complaint that would allow the court to determine whether leave to amend would be appropriate. See Fed. R. Civ. P. 15; L.R. 137(c). Furthermore, given the age of this case and that the motion indicates the new claims arose within the last few months, it appears likely that the claims and defendants he seeks to add though amendment would not be properly joined. See Fed. R. Civ. P. 18, 20.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for leave to amend (ECF No. 91) is denied.

DATED: July 14, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE