UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:14-cv-0338 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| PURUSHOTTAMA SAGIREDDY, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 97. His request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 25, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE